

## AMENDED
## STIPULATED FACTS

*The parties hereby stipulate and agree that if this case proceeded to trial, the Government would have proven the following facts beyond a reasonable doubt. The parties agree that the following facts do not encompass all of the facts that would have been proven had this matter proceeded to trial.*

Beginning no later than on or about February 1, 2016, and continuing through on or about February 24, 2016, in the District of Maryland and elsewhere, the Defendant, **ADARRYL HAYES**, a/k/a "Prince," a/k/a "Crummy," (hereinafter "**HAYES**"), prostituted a 14-year old female ("Victim 1") and a 17-year old-female ("Victim 2").

In early February 2016, **HAYES** recruited Victim 1 to engage in prostitution under the direction of **HAYES**. Victim 1 told **HAYES** that she was 14-years old. **HAYES** directed Victim 1 to falsely tell clients and potential clients that Victim 1 was 18 or 21-years old. From the beginning of February 2016 through February 24, 2016, while Victim 1 was under the age of 18-years old, Victim 1 engaged in commercial sex acts at the direction of **HAYES** in Maryland.

In or about February 2016, and before February 2016, while Victim 2 was under the age of 18-years old, Victim 2 engaged in commercial sex acts at the direction of **HAYES** in Maryland. **HAYES** also engaged in sex acts with Victim 2.

**HAYES** used the website "backpage.com" to advertise prostitution services for Victim 1 and Victim 2. The advertisements provided a description of the prostitute, a picture of a woman (typically not the actual prostitute), and contact information to schedule an appointment or "date" with the prostitute. **HAYES** communicated with, and directed Victim 1 and Victim 2 to communicate with, clients and potential clients using cellular telephones. **HAYES** also communicated with, and directed Victim 1 to communicate with, other prostitutes advertised on "backpage.com" to recruit them to prostitute for **HAYES**.

**HAYES** transported Victim 1 and Victim 2 to hotel rooms in Maryland that **HAYES** rented for the purpose of engaging in prostitution. At the direction of **HAYES**, Victim 1 and Victim 2 typically charged between $60 and $200 to engage in commercial sex acts with clients. After each "date," Victim 1 and Victim 2 gave the prostitution proceeds to **HAYES**. **HAYES** did not allow Victim 1 to retain any of the prostitution proceeds. **HAYES** purchased condoms, food, clothing, toiletries, and other necessities for Victim 1.

On February 24, 2016, an undercover officer ("UC") with the Prince George's County Police Department contacted the cellular telephone number on a "backpage.com" advertisement for Victim 1. The UC and Victim 1 agreed upon a price for sexual services, and Victim 1 directed the UC to a hotel in Capitol Heights, Maryland. The UC asked whether Victim 1 was alone, and Victim 1 stated that her girlfriend was with her. The UC and Victim 1 then agreed upon a price for sexual services for Victim 1 and Victim 2, and Victim 1 directed the UC to hotel room number 319.



DEFT EXHIBIT # 1
CASE # GJH-16-288
IDENTIF MAY 10, 2017
ADMITTED MAY 10, 2017

The UC arrived at hotel room 319 and encountered Victim 1 and Victim 2. Victim 1 accepted U.S. currency for the "double date." The UC then identified himself as a police officer. Members of law enforcement seized from the hotel room two cellular telephones, used by Victim 1 and Victim 2, and searched the telephones pursuant to search warrants. The cellular telephones contained text messages and other information related to prostitution.

Immediately following the undercover operation, **HAYES** was located in the hotel parking lot and was placed under arrest. A search of **HAYES** incident to arrest found a key to hotel room 319 and a cellular telephone. The cellular telephone contained images that had been posted on "backpage.com" advertisements for prostitution, images of Victim 2, and images of **HAYES** holding firearms and U.S. currency.

**HAYES**'s criminal conduct affected interstate commerce. In particular, **HAYES**'s use of the internet, cellular telephones, and hotels to facilitate prostitution activities was in or affecting interstate commerce.

\* \* \*

I have read this statement of facts and carefully reviewed it with my attorney. I acknowledge that it is true and correct.

_5/10/17_  
Date

_Adarryl Hayes_  
Adarryl Hayes

I am the attorney for the Defendant, Adarryl Hayes. I have carefully reviewed the statement of facts with him.

_5/10/17_  
Date

Douglas R. Miller, Esq.

10